UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 2:11-CR-0001-3 |
| | ] Judge Haynes |
| KEITH DOHERTY | ] |

**KEITH DOHERTY'S MOTION TO STRIKE
PRETRIAL MOTION TO SUPPRESS EVIDENCE (DOCKET NO. 125), AND
MOTION TO SEVER DEFENDANTS (DOCKET NO. 124)**

Comes now the defendant, KEITH DOHERTY, by and through counsel and hereby moves to strike the following pretrial motions that were filed on April 19, 2011, prior to the completion of discovery in this case:

1. Motion to Suppress Evidence Derived from Warrantless and Illegal Search (Docket No. 125)

2. Motion to Sever Defendant (Docket No. 124).

Respectfully submitted

s/ Jodie A. Bell
JODIE A. BELL, No. 18336
BELL, TENNENT & FROGGE, PLLC
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110
(615) 244-1114 facsimile
jodie@btflaw.com