IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:11-00001 |
| NEPHTHALI DAMIAN DACHOUTE, | ) ) ) | JUDGE HAYNES |
| Defendant. | ) ) | |

## ORDER

Before the Court is the Defendant Nephthali Damian Dachoute's motion to amend judgment in criminal case (Docket Entry No. 366), that is **GRANTED**. The amended judgment is filed herewith.

It is so **ORDERED**.

**ENTERED** this the 20th day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge