IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:11-00001 |
| | ) | Judge Haynes |
| | ) | |
| DALLAS ALLEN | ) | |

MOTION TO ASCERTAIN STATUS

*[Handwritten annotation: Denied. This motion is granted.]*

Defendant, Dallas Allen, through counsel, moves this Honorable Court for an order ascertaining the status of the Judgment in this Criminal case. In support of this Motion, the Defendant would show that he entered a plea of guilty on May 11, 2012 (Docket Number 319). The Court held Mr. Allen's sentencing hearing on July 30, 2012. (Docket Number 395). The Judgment in Mr. Allen's case has not been entered.

Respectfully submitted this 31st day of August, 2012.

                                                Craig P. Fickling, BPR #014845
                                                **Fickling & Madewell**
                                                118 East First Street
                                                Post Office Box 1483
                                                Cookeville, Tennessee 38503
                                                Telephone: 931/528-6403

                                                /s/ Craig P. Fickling
                                                *Attorney for Defendant*
                                                *Dallas Allen*

### Certificate of Service

I certify that I have served a true and correct copy of the foregoing pleading, via the Court's electronic filing system or, if not registered, via First Class Mail to **Brent Hannafan**, Assistant U.S. Attorney, U.S. Dept. of Justice 110 9th Avenue So., Suite A-961 Nashville, TN 37203-3870.

                                    //s// Craig Fickling
                                    Attorney for Defendant
                                    Dallas Allen