UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:11-00001 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| DALLAS ALLEN | ) | |

## AGREED ORDER

By agreement of the parties, as evidenced by the signatures of their respective counsel,

the conditions of the defendant's supervised release are modified to add the additional condition:

The defendant shall participate in a drug testing and substance abuse treatment program which may include a 30-day inpatient treatment program at the direction of the United States Probation Office.

All other conditions previously imposed shall remain in effect.

_____
WILLIAM J. HAYNES, JR.
CHIEF U.S. DISTRICT JUDGE
8-25-13

_____
HAROLD B. MCDONOUGH
Assistant United States Attorney

_____
MICHAEL HOLLEY
Attorney for Defendant Allen